[No. 29656-0-II.   Division Two.   October 14, 2003.]

DARRYL SANFORD, ET AL., *Appellants*, v. CLALLAM COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 00-2-00794-1, Thomas J. Majhan, J., entered June 17, 2002. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 29792-2-II.   Division Two.   October 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES KEVIN SCHIEBER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-00129-4, Jill Johanson and James J. Stonier, JJ., entered December 17, 2002. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 21296-3-III.   Division Three.   October 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM R. VANDELFT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02317-0, Richard J. Schroeder, J., entered July 19, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kato, J.